**Order entered April 2, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00884-CR

**RACHEAL MEACHELL MATHEWS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-82553-2013**

## ORDER

The Court **DENIES** appellant's March 31, 2015 pro se request for appointment of new counsel. *See Buntion v. Harmon*, 827 S.W.2d 945 (Tex. Crim. App. 1992); *Sampson v. State*, 854 S.W.2d 659 (Tex. App.–Dallas 1992, no pet.). Appellant's brief was filed on March 27, 2015, and the State's brief is due by April 26, 2015.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Racheal Matthews, TDCJ No. 1934058, Murray Unit, 1916 N. Hwy 36 Bypass, Gatesville, Texas 76596.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/     ADA BROWN
        JUSTICE